# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHASE ZACHERY TAYLOR ESTES,**<br><br>Defendant. | **CR 20-12-H-BMM**<br><br><br><br>**ORDER TO ISSUE WARRANT** |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the summons directing Chase Zachery Taylor Estes to appear for arraignment on November 17, 2020, at 2:00 p.m. is QUASHED and the arraignment is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Chase Zachery Taylor Estes.

Dated this 2nd day of November, 2020.

_____
John Johnston
United States Magistrate Judge